1 **RIMAC & MARTIN**
a Professional Corporation
2 JOSEPH M. RIMAC - State Bar No. 72381
WILLIAM REILLY - State Bar No. 177550
3 KEVIN GILL - State Bar No. 226819
1051 Divisadero Street
4 San Francisco, California 94115
Telephone: (415) 561-8440
5 Facsimile: (415) 561-8430

6 Attorneys for Plaintiff
CHARLES R. MEEKER
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. MEEKER, dba THE MEEKER VINEYARD, | **E-FILED** |
| Plaintiff, | CASE NO. C 02-00741 JSW |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| MARTIN MEEKER, AHLGREN VINEYARD, PELICAN RANCH WINERY, SANTA CRUZ MOUNTAIN VINEYARD, SAVANNAH-CHANELLE VINEYARDS, and DOES 1 through 10, inclusive, | |
| Defendants. | |

21     Plaintiff CHARLES R. MEEKER, dba THE MEEKER VINEYARD (hereinafter

22 "Plaintiff") and defendants MARTIN MEEKER, AHLGREN VINEYARD, PELICAN RANCH

23 WINERY, SANTA CRUZ MOUNTAIN VINEYARD, SAVANNAH-CHANELLE

24 VINEYARDS, MEEKER VINEYARDS, INC., and MEEKER FAMILY PARTNERSHIP

25 (hereinafter collectively "Defendants") by and through their counsel hereby stipulate that the

26 matter be, and hereby is, dismissed with prejudice, all parties to bear their own costs and

27 attorneys' fees.

28 ///

-1-
**STIPULATION FOR DISMISSAL WITH PREJUDICE
AND ORDER THEREON**                                       **CASE NO. C02-00741 JSW**

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendants' counsel has signed this document; and (3) the signed document is available for inspection upon request.

**IT IS SO STIPULATED**.

                                                RIMAC & MARTIN, P.C.

DATED: April 29, 2005        By:        /s/
                                                JOSEPH M. RIMAC
                                                Attorneys for Plaintiff
                                                CHARLES R. MEEKER, d/b/a
                                                THE MEEKER VINEYARD

                                                ROPERS, MAJESKI, KOHN & BENTLEY

DATED: April 29, 2005        By:        /s/
                                                MICHAEL J. IOANNOU
                                                Attorneys for Defendants
                                                MARTIN MEEKER, AHLGREN
                                                VINEYARD, PELICAN RANCH
                                                WINERY, SANTA CRUZ MOUNTAIN
                                                VINEYARD, SAVANNAH-CHANELLE
                                                VINEYARDS; MEEKER VINEYARDS,
                                                INC., and MEEKER FAMILY
                                                PARTNERSHIP

# ORDER

**IT IS SO ORDERED.**

DATED: May 2, 2005          /s/ Jeffrey S. White
                                    UNITED STATES DISTRICT COURT JUDGE

**STIPULATION FOR DISMISSAL WITH PREJUDICE
AND ORDER THEREON**                                          **CASE NO. C02-00741 JSW**